# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2013

Robert P. Young, Jr.,
Chief Justice

146616 & (53)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ATTORNEY GENERAL,
             Plaintiff-Appellant,

v

SC: 146616
COA: 306685
Ingham CC: 11-000538-CZ

CIVIL SERVICE COMMISSION and
STATE PERSONNEL DIRECTOR,
             Defendants-Appellees.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 8, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2013

_____
Clerk

t0430